BENJAMIN B. WAGNER
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED

SEP 16 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TONIA PREECE,<br><br>Defendants. | CASE NO. 1:15-MJ-00139 BAM<br><br>PETITION TO CONDUCT CONSENT HEARING AND FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>DATE: October 20, 2015<br>TIME: 10 a.m.<br>COURT: Hon. Barbara A. McAuliffe |

Petitioner, United States of America ("government"), respectfully advises the Court of the following:

Tonia Preece is now confined in the California Department of Corrections at the Central Valley Women's Facility in Chowchilla, State and Eastern District of California. Ms. Preece is a Canadian citizen. Ms. Preece wishes to serve the remainder of her sentence in Canada rather than the United States. Pursuant to Title 18, United States Code, section 4107, this Court shall verify Ms. Preece's irrevocable consent to transfer from custody in the United States to custody in another country.

/ / /

/ / /

/ / /

/ / /

1   Based on these facts, the government requests that the Court entertain this matter and conduct a
2   consent verification proceeding on October 20, 2015 at 10 a.m. The government shall prepare a Writ of
3   Habeas Corpus Ad Testificandum to facilitate Ms. Preece's presence at this hearing.

6   Dated: September 16, 2015            BENJAMIN B. WAGNER
                                         United States Attorney

8                                   By:  /s/ VINCENZA RABENN
                                         VINCENZA RABENN
9                                        Assistant United States Attorney

TYPE PLEADING NAME                       2