## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

**FILED**
SEP 16 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

TONIA PREECE

        Defendant.

CR NO:    **1: 15 MJ 00 139 BAM**

### APPLICATION FOR WRIT OF HABEAS CORPUS
The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
  ☐ Ad Prosequendum        ☒ Ad Testificandum

Name of Detainee:   TONIA PREECE

Detained at   CENTRAL CALIFORNIA WOMEN'S FACILITY

Detainee is:    a.)   ☐ charged in this district by:   ☐ Indictment   ☐ Information ☐ Complaint
                 charging detainee with: _____

or   b.)   ☒ a witness not otherwise available by ordinary process of the Court for hearing pursuant
            to **18 U.S.C. § 4107**

Detainee will:   a.)   ☐ return to the custody of detaining facility upon termination of proceedings

or   b.)   ☒ be retained in federal custody until the time of transfer to a foreign country pursuant to
            to **18 U.S.C.§ 4102(3) & (6)**

Appearance is necessary on ***OCTOBER 20, 2015*** at ***10:00 a.m*** in the courtroom of **United States Magistrate
Judge Barbara A. McAuliffe**

         Signature: _____

         Printed Name & Phone No:   Vincenza Rabenn / 559-497-4041

         Attorney of Record for:   United States of America

### WRIT OF HABEAS CORPUS
  ☐ Ad Prosequendum        ☒ Ad Testificandum

     The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, [**FORTHWITH**] or [**on DATE AND TIME**], and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:   9/16/15           _____
                           Honorable Barbara A. McAuliffe
                           U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Tonia Alayne Duemo | ☐Male | ☒Female |
| Booking or CDC #: | WE7190 | DOB: | 06/05/1979 |
| Facility Address: | 21633 Avenue 24, Chowchilla CA 93610 | Race: | |
| Facility Phone: | | FBI#: | 456164PD9 |
| Currently | Central California Women's Facility | | |

### RETURN OF SERVICE

Executed on: _____

                               (signature)