HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
TONIA PREECE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:15-mj-00139 BAM |
| *Plaintiff,* | **APPEARANCE OF COUNSEL OF RECORD AND DESIGNATION OF COUNSEL FOR SERVICE** |
| vs. | |
| TONIA PREECE, | |
| *Defendant.* | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule 182, and the Criminal Justice Act Plan for this district, Part VI, paragraph B, I confirm my appearance as counsel of record in this case for TONIA PREECE, and designate counsel for service as follows:

> MEGAN T. HOPKINS
> Assistant Federal Defender
> 2300 Tulare Street, Suite 330
> Fresno, CA 93721-2226
> Telephone: (559) 487-5561

I hereby certify that I am an attorney admitted to practice in this court.

Dated:  September 17, 2015

*/s/     Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
Tonia Preece

Appearance and Designation of Counsel                -1-