# IN THE UNITED STATES DISTRICT COURT IN AND FOR
# THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ) <br> TRANSFER OF OFFENDERS ) <br> Pursuant to 18 U.S.C. § 4100, ) <br> Et seq., ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> TONIA PREECE, ) <br> Defendant. ) <br> _____) | Case No. 1:15-MJ-00139-BAM <br><br><br><br><br> ORDER |

Pursuant to 28 U.S.C. § 636(g), the Honorable Barbara A. McAuliffe, a United States Magistrate Judge for the Eastern District of California, Fresno Division, is assigned to perform the verification proceedings as required by 18 U.S.C. § 4107 commencing on Octo**ber 20, 2015, in Fresno, California**, relating to the proposed transfer of offender from the United States of America to **CANADA**, and is also authorized to assign counsel for said offender as provided in 18 U.S.C. § 4109.

IT IS SO ORDERED.

DATED:  September 18, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT