BENJAMIN B. WAGNER
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TONIA PREECE, <br><br> Defendants. | CASE NO. 1:15-MJ-00139-BAM <br><br> ORDER AND WRIT TO TRANSPORT TONIA PREECE <br><br> DATE: November 3, 2015 <br> TIME: 11 a.m. <br> COURT: Hon. Barbara A. McAuliffe |

Tonia Preece, an inmate, and a necessary and material witness on her own behalf in proceedings in this case on November 3, 2015, is confined at the California Department of Corrections at the Central Valley Women's Facility in Chowchilla, 23370 Road 22, Chowchilla CA 93610, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a writ commanding the custodian to produce the inmate in the United States Courthouse, 2500 Tulare Street, Fresno, California on November 3, 2015 at 11 a.m.

Proceedings in this case were previously scheduled for October 20, 2015 at 10 a.m. and a writ was previously issued commanding the inmate's appearance at that date and time. That order and writ must now be vacated.

ACCORDINGLY, IT IS ORDERED that:

1. A writ issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District court at the time and place above, and from

ORDER AND WRIT TO TRANSPORT TONIA PREECE

1

1  day to day until completion of court proceedings or as ordered by the court.  FURTHER, the
2  Warden has been ordered to notify the court of any change in custody of the inmate and has
3  been ordered to provide the custodian with a copy of the writ.
4  2. The Writ of Habeas Corpus Ad Testificandum Issued as to Tonia Preece for October 20,
5  2015, be VACATED.

7  IT IS SO ORDERED.

9  Dated:  October ___, 2015                           By: _____

ORDER AND WRIT TO TRANSPORT TONIA PREECE

2