**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>TONIA PREECE<br><br>              Defendant. | CR NO: 1:15-MJ-00139 BAM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☐ Ad Prosequendum          ☒ Ad Testificandum

Name of Detainee: TONIA PREECE
Detained at: CENTRAL CALIFORNIA WOMEN'S FACILITY
Detainee is:
    a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☐ Complaint
         charging detainee with: _____

or   b.) ☒ a witness not otherwise available by ordinary process of the Court for hearing pursuant to **18 U.S.C. § 4107**

Detainee will:
    a.) ☐ return to the custody of detaining facility upon termination of proceedings
or   b.) ☒ be retained in federal custody until the time of transfer to a foreign country pursuant to **18 U.S.C. § 4102(3) & (6)**

*Appearance is necessary on **NOVEMBER 3, 2015** at **11:00 am** in the courtroom of*
***United States Magistrate Judge Barbara A. McAuliffe***

| | |
|---|---|
| Signature: | /s/ Vincenza Rabenn |
| Printed Name & Phone No: | Vincenza Rabenn /559-497-4041 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☐ Ad Prosequendum          ☒ Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **November 3, 2015** at **11:00 am**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: _____

                                            Honorable Barbara A. McAuliffe
                                            U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Tonia Alayne Duemo | ☐ Male | ☒ Female |
| Booking or CDC #: | WE7190 | DOB: | 06/05/1979 |
| Facility Address: | 21633 Avenue 24, Chowchilla CA 93610 | Race: | |
| Facility Phone: | | FBI#: | 456164PD9 |
| Currently | Central California Women's Facility | | |

## RETURN OF SERVICE

Executed on: _____

                                            (signature)