BENJAMIN B. WAGNER
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-MJ-00139-BAM |
|---|---|
| Plaintiff, | ORDER VACATING WRIT FOR TRANSPORT OF TONIA PREECE FOR HEARING ON OCTOBER 20, 2015 |
| v. | |
| TONIA PREECE, | |
| Defendants. | |

    Tonia Preece, an inmate, and a necessary and material witness on her own behalf in proceedings in this case on November 3, 2015, is confined at the California Department of Corrections at the Central Valley Women's Facility in Chowchilla, 23370 Road 22, Chowchilla CA 93610, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a writ commanding the custodian to produce the inmate in the United States Courthouse, 2500 Tulare Street, Fresno, California on November 3, 2015 at 11 a.m. A separate writ will issue for production of this witness at the required date and time.

    Proceedings in this case were previously scheduled for October 20, 2015 at 10 a.m. and a writ was previously issued commanding the inmate's appearance at that date and time. That order and writ must now be vacated.

///

///

1  IT IS SO ORDERED that the Writ of Habeas Corpus Ad Testificandum Issued as to Tonia
2  Preece for October 20, 2015 hearing is VACATED.

3
4  IT IS SO ORDERED.

5  Dated:   **October 16, 2015**           /s/ *Barbara A. McAuliffe*
6                                           UNITED STATES MAGISTRATE JUDGE