## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TONIA PREECE <br><br> Defendant. | CR NO: 1:15-MJ-00139 BAM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☐ Ad Prosequendum   ☒ Ad Testificandum

Name of Detainee: TONIA PREECE
Detained at: CENTRAL CALIFORNIA WOMEN'S FACILITY
Detainee is:
a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☐ Complaint charging detainee with:

or b.) ☒ a witness not otherwise available by ordinary process of the Court for hearing pursuant to **18 U.S.C. § 4107**

Detainee will:
a.) ☐ return to the custody of detaining facility upon termination of proceedings

or b.) ☒ be retained in federal custody until the time of transfer to a foreign country pursuant to **18 U.S.C. § 4102(3) & (6)**

*Appearance is necessary on NOVEMBER 3, 2015 at 11:00 am in the courtroom of United States Magistrate Judge Barbara A. McAuliffe*

Signature:
Printed Name & Phone No: Vincenza Rabenn /559-497-4041
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☐ Ad Prosequendum   ☒ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **November 3, 2015 at 11:00 am**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.
Dated: 10/10/15

Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Tonia Alayne Duemo | ☐ Male ☒ Female | |
| Booking or CDC #: | WE7190 | DOB: | 06/05/1979 |
| Facility Address: | 21633 Avenue 24, Chowchilla CA 93610 | Race: | |
| Facility Phone: | | FBI#: | 456164PD9 |
| Currently | Central California Women's Facility | | |

## RETURN OF SERVICE

Executed on: _____

(signature)