## UNITED STATES DISTRICT COURT
*Eastern District of California*
Office of the Clerk
Robert T. Matsui United States Courthouse
501 "I" Street, Suite 4-200
Sacramento, California 95814-7300
Phone: 916-930-4000
Fax: 916-930-4016
Website: www.caed.uscourts.gov

Marianne Matherly
*Clerk*

Keith Holland
*Chief Deputy*

Divisional Office:
Robert E. Coyle United States Courthouse
2500 Tulare Street, Room 1501
Fresno, California 93721

November 5, 2015

Attention: Doncella D. Williams
U.S. Department of Justice
10th & Constitution Avenue, NW
Criminal Division, Office of Enforcement Operations
International Prisoner Transfer Unit
John C. Keeney Building, 12th Floor
Washington, D.C.   20530-0001

Re:   U.S.A. v. TONIA PREECE
      Case No. 1:15-mj -00139-BAM-001

Dear Ms. Williams:

Please find the following documents pertaining to the above-entitled matter:

1) Original 'Verification of Consent to Transfer to Canada for Execution
of Penal Sentence of the United States of America'.
2) CD - copy of the Verification hearing held on November 3, 2015 before
U.S. Magistrate Judge Barbara A. McAuliffe.
3) Copy of Minutes for November 3, 2015 [Doc. 9]
4) Copy of 'Verification' filed on November 3, 2015 [Doc. 10].
5) Copy of Order signed by Chief United States District Judge Morrison C. England, Jr.,
assigned Judge McAuliffe to perform Verification hearing filed 9/18/2015[Doc. 4].
6) A transaction report, showing faxes sent to you on November 3, 2015.
7) Copy of a case docket sheet for Tonia Preece.

Please let the Court know if we can be of further assistance to you in regards to this matter or any other action.

Sincerely,

    /s/ H.A. Herman
H. A. Herman
Courtroom Deputy Clerk to the
Honorable Barbara A. McAuliffe
e-mail: hherman@caed.uscourts.gov
Direct phone #: 559-499-5788